UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL EZEKIEL SANDOVAL, | Case No. 1:21-cv-01141-HBK |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE SCHEDULING ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. No. 2) |
| Defendant. | |

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* under 28 U.S.C. § 1915 in this Social appeal. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements of § 1915. By separate order, this Court will issue its Scheduling Order.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

2. The Clerk is directed to issue the Scheduling Order.

3. The Clerk is directed to issue summons and service shall proceed under the Court's E-Service program set forth in the Scheduling Order.

Dated:   July 29, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE